IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VERNON JAMES EWELL,

    Plaintiff,

v.                                                                                              CASE NO. 1:11-cv-268-SPM-GRJ

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court on Doc. 2, Plaintiff's motion for leave to proceed as a pauper. Plaintiff submitted an affidavit of indigency form from the Middle District and an inmate account statement from July 1, 2011 to August 2, 2011. Plaintiff filed the instant suit on December 14, 2011. The Court must assess an initial partial filing fee based on the average monthly deposits in Plaintiff's prison bank account in accordance with 28 U.S.C. § 1915(b)(1). Thus, Plaintiff must submit a computer printout for his inmate bank account for the six (6) month period immediately preceding the filing of the complaint; i.e., the period from **June 17, 2011 to December 19, 2011.** Plaintiff must obtain account statements from the appropriate official of each prison at which he or she is, or has been, confined for the six (6) month period prior to the filing of this complaint. If Plaintiff was <u>not</u> incarcerated during any portion of this time period, he or she must specifically advise the court.

Accordingly, it is **ORDERED:**

1. The clerk shall forward to Plaintiff a blank Prisoner Consent Form, which must also be certified and signed by a prison official.

2.  Plaintiff shall have until **February 27, 2012**, to complete and return these papers with either: (1) a computer printout of the transactions in his prison account as directed in this order, or (2) the full $350.00 filing fee, or (3) a notice of voluntary dismissal of this case pursuant to Fed. R. Civ. P. 41(a).

4.  Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court.

**DONE AND ORDERED** this 27th day of January 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 1:11-cv-268-SPM-GRJ*