IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VERNON JAMES EWELL,

       Plaintiff,

v.                                                    CASE NO. 1:11cv268-SPM/GRJ

STATE OF FLORIDA, et al.,

       Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 8) dated February 28, 2012.  Plaintiff was furnished a copy and has filed An objection (doc. 9).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted.  Plaintiff's § 1983 complaint must be dismissed under Heck v. Humphrey, 512 U.S. 477 (1994), because his conviction has not been expunged or invalidated.  This Court cannot expunge or invalidate the conviction through these proceedings.  Accordingly it is

ORDERED AND ADJUDGED:

1.     The report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.      This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for

failure to state a claim upon which relief may be granted.

3.      The dismissal is without prejudice to Plaintiff's opportunity to refile

the claims in the event that his conviction is expunged or invalidated.

DONE AND ORDERED this 21st day of March, 2012.

*s/ Stephan P. Mickle*

Stephan P. Mickle
Senior United States District Judge